IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MOTHER DOE, individually and as next friend
of JANE DOE, a minor                                                                 PLAINTIFFS

VS.                                             NO. 09-4049

TRINITY BAPTIST CHURCH, individually
and dba TRINITY CHRISTIAN SCHOOL;
LARRY BERRY, individually and as
Principal of Trinity Christian School;
SHANNON MORGAN, individually
and as teacher of Trinity Christian School;
BRAD WATSON, individually and as employee
of Trinity Baptist Church; and
RON FELLERS, individually and as
Administrator of Trinity Christian School                                   DEFENDANTS

### ANSWER BY ALL DEFENDANTS TO COMPLAINT AND DEMAND FOR JURY TRIAL

COME all Defendants, by and through counsel, Matthews, Sanders & Sayes, and respond to the Complaint herein against them as follows:

### I. JURISDICTION AND VENUE

1. Defendants deny paragraph 1.

2. Defendants deny paragraph 2.

3. Defendants deny paragraph 3 and affirmatively state that there is not complete diversity of citizenship.

### II. PARTIES

1. Defendants admit paragraph 1.

2. Defendants admit paragraph 2.

3. Defendants deny paragraph 3.

4. Defendants deny paragraph 4.

5. Defendants deny paragraph 5.

6. Defendants deny paragraph 6.

7. Defendants admit paragraph 7.

### III. FACTS

1. Defendants admit that Trinity is a charitable religious organization, which operates a private school.

2. Defendants admit paragraph 2.

3. Defendants deny paragraph 3.

4. Defendants deny paragraph 4.

5. Defendants are without sufficient knowledge as to the facts in paragraph 5 and for that reason deny same.

6. Defendants are without sufficient knowledge as to the facts in paragraph 6 and for that reason deny same.

7. Defendants deny paragraph 7.

8. Defendants deny paragraph 8.

9. Defendants deny paragraph 9.

10. Defendants deny paragraph 10.

11. Defendants deny paragraph 11.

12. Defendants deny paragraph 12.

13. Defendants deny paragraph 13.

14. Defendants deny paragraph 14.

15. Defendants deny paragraph 15.

16. Defendants deny paragraph 16.

17. Defendants deny paragraph 17.

18. Defendants deny paragraph 18.

19. Defendants deny paragraph 19.

20. Defendants deny paragraph 20.

21. Defendants deny paragraph 21.

22. Defendants deny paragraph 22.

23. Defendants deny paragraph 23.

24. Defendants deny paragraph 24.

25. Defendants deny paragraph 25.

26. Defendants deny paragraph 26.

27. Defendants deny paragraph 27.

28. Defendants deny paragraph 28.

29. Defendants deny paragraph 29.

30. Defendants deny paragraph 30.

31. Defendants deny paragraph 31.

32. Defendants deny paragraph 32.

33. Defendants deny paragraph 33.

34. Defendants deny paragraph 34.

35. Defendants deny paragraph 35.

36. Defendants deny paragraph 36.

37. Defendants deny paragraph 37.

38. Defendants deny paragraph 38.

39. Defendants deny paragraph 39.

40. Defendants deny paragraph 40.

41. Defendants deny paragraph 41.

42. Defendants deny paragraph 42.

43. Defendants deny paragraph 43.

44. Defendants deny paragraph 44.

45. Defendants deny paragraph 45.

46. Defendants deny paragraph 46.

47. Defendants deny paragraph 47.

48. Defendants deny paragraph 48.

## IV. CAUSES OF ACTION

### COUNT I: INVASION OF PRIVACY

1. Defendants deny paragraph 1.

2. Defendants deny paragraph 2.

3. Defendants deny paragraph 3.

4. Defendants deny paragraph 4.

5. Defendants deny paragraph 5.

6. Defendants deny paragraph 6.

7. Defendants deny paragraph 7.

8. Defendants deny paragraph 8.

9. Defendants deny paragraph 9.

10. Defendants deny paragraph 10.

11. Defendants deny paragraph 11 and affirmatively plead consent and qualified

privilege.

12. Defendants deny paragraph 12.

13. Defendants deny paragraph 13.

14. Defendants deny paragraph 14.

15. Defendants deny paragraph 15 and affirmatively state that Plaintiffs have failed to state a claim upon which relief can be granted for this count and any damages including punitive damages.

### COUNT II: FALSE IMPRISONMENT

16. Defendants deny paragraph 16.

17. Defendants deny paragraph 17.

18. Defendants deny paragraph 18.

19. Defendants deny paragraph 19.

20. Defendants deny paragraph 20.

21. Defendants deny paragraph 21 and affirmatively plead that Plaintiffs have failed to state a claim upon which relief can be granted for this count and any damages, including punitive damages.

### COUNT III: INVASION OF PRIVACY BY LARRY BERRY, INDIVIDUALLY AND ON BEHALF OF TRINITY

22. Defendants deny paragraph 22.

23. Defendants deny paragraph 23.

24. Defendants deny paragraph 24.

25. Defendants deny paragraph 25.

26. Defendants deny paragraph 26.

27. Defendants deny paragraph 27.

28. Defendants deny paragraph 28.

29. Defendants deny paragraph 29 and affirmatively plead consent and qualified privilege.

30. Defendants deny paragraph 30.

31. Defendants deny paragraph 31.

32. Defendants deny paragraph 32.

33. Defendants deny paragraph 33 and affirmatively plead that Plaintiffs have failed to state a claim upon which relief can be granted for this count and any damages, including punitive damages.

**COUNT IV: INVASION OF PRIVACY BY SHANNON MORGAN, INDIVIDUALLY AND ON BEHALF OF TRINITY**

34. Defendants deny paragraph 34.

35. Defendants deny paragraph 35.

36. Defendants deny paragraph 36.

37. Defendants deny paragraph 37.

38. Defendants deny paragraph 38.

39. Defendants deny paragraph 39.

40. Defendants deny paragraph 40.

41. Defendants deny paragraph 41.

42. Defendants deny paragraph 42.

43. Defendants deny paragraph 43 and affirmatively plead consent and qualified privilege.

44. Defendants deny paragraph 44.

45. Defendants deny paragraph 45.

46. Defendants deny paragraph 46 and affirmatively plead that Plaintiffs have failed to state a claim upon which relief can be granted for this count and any damages, including punitive damages.

### COUNT V: FALSE IMPRISONMENT AT SCHOOL

47. Defendants deny paragraph 47.

48. Defendants deny paragraph 48.

49. Defendants deny paragraph 49.

50. Defendants deny paragraph 50.

51. Defendants deny paragraph 51 and affirmatively plead that Plaintiffs have failed to state a claim upon which relief can be granted for this count and any damages, including punitive damages.

### COUNT VI: FALSE IMPRISONMENT IN CAR

52. Defendants deny paragraph 52.

53. Defendants deny paragraph 53.

54. Defendants deny paragraph 54.

55. Defendants deny paragraph 55.

56. Defendants deny paragraph 56.

57. Defendants deny paragraph 57.

58. Defendants deny paragraph 58 and affirmatively plead that Plaintiffs have failed to state a claim upon which relief can be granted for this count and any damages, including punitive damages.

### COUNT VII: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

59. Defendants deny paragraph 59.

60. Defendants deny paragraph 60.

61. Defendants deny paragraph 61.

62. Defendants deny paragraph 62.

63. Defendants deny paragraph 63.

64. Defendants deny paragraph 64.

65. Defendants deny paragraph 65.

66. Defendants deny paragraph 66.

67. Defendants deny paragraph 67.

68. Defendants deny paragraph 68.

69. Defendants deny paragraph 69.

70. Defendants deny the conduct, but admit that Berry acted while in the course and scope of his employment.

71. Defendants deny paragraph 71.

72. Defendants deny paragraph 72.

73. Defendants deny paragraph 73.

74. Defendants admit agency, but deny the remainder of paragraph 74.

75. Defendants deny paragraph 75.

76. Defendants deny paragraph 76 and affirmatively plead that Plaintiffs have failed to state a claim upon which relief can be granted for this count and any damages, including punitive damages.

**COUNT VIII: NEGLIGENCE**

77. Defendants deny paragraph 77.

78. Defendants deny paragraph 78.

79. Defendants deny paragraph 79.

80. Defendants deny paragraph 80.

81. Defendants deny paragraph 81.

82. Defendants deny paragraph 82 and affirmatively plead that Plaintiffs have failed to state a claim upon which relief can be granted for this count and any damages including punitive damages.

## COUNT IX: BREACH OF FIDUCIARY DUTY

83. Defendants deny paragraph 83

84. Defendants deny paragraph 84.

85. Defendants deny paragraph 85.

86. Defendants deny paragraph 86.

87. Defendants deny paragraph and affirmatively plead that Plaintiffs have failed to state a claim upon which relief can be granted for this count and any damages including punitive damages.

## COUNT X: NATIONAL ORIGIN DISCRIMINATION

88. Defendants deny paragraph 88.

89. Defendants deny paragraph 89.

90. Defendants deny paragraph 90.

91. Defendants deny paragraph 91.

92. Defendants deny paragraph 92.

93. Defendants deny paragraph 93.

94. Defendants deny paragraph 94 and affirmatively plead that Plaintiffs have failed to state a claim upon which relief can be granted for this count and any damages including punitive damages.

### COUNT XI: SEX DISCRIMINATION

95. Defendants deny paragraph 95.

96. Defendants deny paragraph 96.

97. Defendants admit paragraph 97.

98. Defendants deny paragraph 98.

99. Defendants deny paragraph 99.

100. Defendants deny paragraph 100.

101. Defendants deny paragraph 101 and affirmatively plead that Plaintiffs have failed to state a claim upon which relief can be granted for this count and any damages including punitive damages.

### COUNT XII: VICARIOUS LIABILITY

102. Defendants deny paragraph102.

103. Defendants admit agency and that the individuals were acting within the course and scope of their employment and in their official capacity, and therefore affirmatively plead qualified privilege and qualified immunity and acted in good faith.

104. Defendants admit paragraph 104.

105. Defendants deny paragraph 105.

106. Defendants deny paragraph 106.

107. Defendants deny paragraph 107.

108. Defendants admit paragraph 108.

109. Defendants admit paragraph 109.

110. Defendants admit paragraph 110.

111. Defendants admit paragraph 111.

112. Defendants admit paragraph 112.

113. Defendants deny paragraph 113.

114. Defendants admit paragraph 114.

115. Defendants deny paragraph115.

116. Defendants deny paragraph 116.

117. Defendants deny paragraph 117 and affirmatively plead that Plaintiffs have failed to state a claim upon which relief can be granted for this count and any damages including punitive damages; Defendants further affirmatively plead qualified privilege and qualified immunity and good faith.

## COUNT XIII: PREGNANCY DISCRIMINATION

118. Defendants deny paragraph 118.

119. Defendants deny paragraph 119 and affirmatively plead that Plaintiffs have failed to state a claim upon which relief can be granted.

120. Defendants deny paragraph 120.

121. Defendants deny paragraph 121.

122. Defendants deny paragraph 122 and affirmatively plead that Plaintiffs have failed to state a claim upon which relief can be granted for this count and any damages including punitive damages.

## COUNT XIV: LOST SERVICES AND CONTRIBUTION

123. Defendants deny paragraph 123.

124. Defendants deny paragraph 124.

125. Defendants deny paragraph 125.

126. Defendants deny paragraph 126.

127. Defendants deny paragraph 127 and affirmatively plead that Plaintiffs have failed to state a claim upon which relief can be granted for this count and any damages including punitive damages.

## COUNT XV: MEDICAL EXPENSES

128. Defendants deny paragraph 128.

129. Defendants deny paragraph 129.

130. Defendants deny paragraph 130.

131. Defendants deny paragraph 131.

132. Defendants deny paragraph 132 and affirmatively plead that Plaintiffs have failed to state a claim upon which relief can be granted for this count and any damages including punitive damages.

## V. JURY TRIAL DEMAND

1. Defendants agree and demand a trial by jury.

2. Defendants deny all other allegations of the Complaint.

3. Defendants affirmatively plead failure to state a claim upon which relief can be granted for any and all counts and causes of action, as well as any damages, including punitive damages.  Defendants affirmatively plead consent, qualified privilege, qualified immunity, good faith, statute of limitations, charitable immunity, insufficiency of service of process and insufficiency of process, lack of

diversity jurisdiction, lack of federal question jurisdiction, and lack of any jurisdiction over pendent state tort claims.

WHEREFORE, Defendants pray that the Complaint of the Plaintiffs be dismissed, for their costs herein expended and any other proper relief to which they might be entitled.

MATTHEWS, SANDERS & SAYES  
Attorneys for Defendants

By:  /S/ Mel Sayes  
     Mel Sayes  #77120  
     825 West Third Street  
     Little Rock, Arkansas  72201  
     Telephone:  501/378-0717

### CERTIFICATE OF SERVICE

I hereby certify that on this __17th__ day of ____June____, 2009, a true and correct copy of the above and foregoing instrument was duly served on the other parties herein by mailing a copy of same, postage prepaid, to:

Lisa Mills Wilkins  
Dunn, Nutter & Morgan, LLP  
3601 Richmond Road  
Texarkana, Texas 75503

/S/ Mel Sayes  
Mel Sayes
